OSCN Found Document:IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION

 

 
 IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION2026 OK 48Case Number: SCBD-8135Decided: 06/15/2026IN THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2026 OK 48, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

 

IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION FOR NONPAYMENT OF 2026 DUES

ORDER OF SUSPENSION FOR NONPAYMENT OF DUES

On May 26, 2026, the Board of Governors of the Oklahoma Bar Association filed an Application for the suspension of Oklahoma Bar Association members who failed to pay dues for the year 2026 as required by the Rules Creating and Controlling the Oklahoma Bar Association (Rules), 5 O.S. 2011, ch. 1, app. 1, art. VIII, §1. The Board of Governors recommended that the members whose names appear on the Exhibit A attached to the Application be suspended from membership in the Oklahoma Bar Association and from the practice of law in the State of Oklahoma, as provided by the Rules, 5 O.S. 2011, ch. 1, app. 1, art. VIII, §2.

This Court finds that on or about April 15, 2026, the Executive Director of the Oklahoma Bar Association notified by certified mail all members delinquent in the payment of dues and/or expense charges to the Oklahoma Bar Association for the year 2026. The Board of Governors have determined that the members set forth in Exhibit A, revised as attached hereto, have not paid their dues and/or expense charges for the year as provided in the Rules.

This Court, having considered the Application of the Board of Governors of the Oklahoma Bar Association, finds that each of the Oklahoma Bar Association members named on the revised Exhibit A, attached hereto, should be suspended from the Oklahoma Bar Association membership and shall not practice law in the State of Oklahoma until reinstated.

IT IS THEREFORE ORDERED that the attorneys named on the revised Exhibit A, attached hereto, are hereby suspended from membership in the Association and prohibited from the practice of law in the State of Oklahoma for failure to pay membership dues for the year 2026 as required by the Rules Creating and Controlling the Oklahoma Bar Association.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 15TH DAY OF JUNE, 2026. 

 

/s/____________________________________ 

CHIEF JUSTICE 

ALL JUSTICES CONCUR

 

Revised Exhibit "A"

Suspension For Failure to Pay 2026 Dues

 
 
 
 OBA # 19301
 Ginger D. Adair
 PO Box 64
 Edmond, OK 73083-0064
 
 OBA # 141
 Rebecca L. Adams
 2725 NW 45th St.
 Oklahoma City, OK 73112-8219
 
 OBA # 33321
 Jenna Rose Anderson
 6906 Pasadena Ave
 Dallas, TX 75214-3814
 
 OBA # 34607
 Jonathan Dean Arrington
 1565 Raleigh St
 Denver, CO 80204
 
 OBA # 11038
 Andrew Joseph Beal
 2516 W 118th St
 Leawood, KS 66211-3032
 
 OBA # 32695
 Brandon A. Bibby
 1914 N. Memorial Way # 2
 Houston, TX 77007
 
 OBA # 33469
 Margaret Maryanna Birkel
 3520 Cumberland St NW
 Washington DC 20008-2921
 
 OBA # 11194
 Ronald Leland Boyer
 PO Box 1751
 McAlester, OK 74502-1751

  
 
 OBA # 1246
 Daniel T. Brummitt
 908 Oakbrook Dr.
 Norman, OK 73072-7009
 
 OBA # 31806
 Charles Tynan Buthod
 3000 One Shell Plaza
 Houston, TX 77002
 
 OBA # 30847
 Tyler Robert Christians
 111 Park Pl, Suite 2C
 Falls Church, VA 22046
 
 OBA # 18031
 Sharail Lynn Cluck
 2725 2nd St SW
 Lehigh Acres, FL 33976-2526
 
 OBA # 13565
 Shannon Forth Davies
 9400 Broadway Ext, Suite 600
 Oklahoma City, OK 73114-7423
 
 OBA # 33879
 David Dwayne English
 106 S. Okmulgee Ave.
 Okmulgee, OK 74447
 
 OBA # 21503
 Valerie Michelle Evans
 1912 W Rt 66
 Stroud, OK 74079
 
 OBA # 2095
 Deborah R. Felice
 4700 N Westminster Rd
 Arcadia, OK 73007-7815
 
 
 OBA # 31990
 Mary Lucile Ferguson
 6608 N. Western Ave # 1435
 Oklahoma City, OK 73116-7326
 
 OBA # 34838
 Shane Christopher Fletcher
 PO Box 98
 Mounds, OK 74047-0098
 
 OBA # 30084
 Alex Douglas Gardine
 2144 Kennedy Pl
 Saint George, UT 84790-8361
 
 OBA # 30085
 Grant Chase Garrard
 1797 Dexter St
 Broomfield, CO 80020-2514
 
 OBA # 33800
 Erika Ross Gee
 200 W Capitol Ave, Suite 2300
 Little Rock, AR 72201-3615
 
 OBA # 16942
 Mark Thomas Hamby
 8404 S Toledo Ave
 Tulsa, OK 74137-1845
 
 OBA # 36139
 Candace Michell Hamilton
 1812 N Desert Palm Ave
 Tulsa, OK 74012
 
 OBA # 21212
 Brady Ross Henderson
 1009 W. Glenn Oaks Ln, Suite 109
 Mequon, WI 53092
  
 OBA # 22595
 Stephanie Gail Houle
 919 Congress Ave. Suite 900
 Austin, TX 78701-2151
 
 OBA # 4838
 William R. Jordan
 5128 Bartons Enclave Ln
 Raleigh, NC 27613-6164
 
 OBA # 33935
 Lina Khalaf
 1482 Brookside Dr
 Hoffman Estates, IL 60169-1047
 
 OBA # 21008
 Lori Ann Warner Kingston
 20354 E 49th St S
 Broken Arrow, OK 74014-1734
 
 OBA # 30953
 Jeffrey Price Krigel
 20 North Union Ave
 Tulsa, OK 74127
 
 OBA # 20263
 Hema Bindu Krishna
 3557 NW 173rd Cir
 Edmond, OK 73012-6765
 
 OBA # 18203
 Carl O. LaMar
 PO Box 588
 Marlow, OK 73055-0588
 
 OBA # 21530
 Matthew Dunlap Martin III
 7 NE 6th St. Suite 100
 Oklahoma City, OK 73104-1801
 
 
 OBA # 35523
 Rachel Hurt O'Donnell
 8707 S Phoenix Pl
 Tulsa, OK 74132-5606
 
 OBA # 11258
 Cathy Cheney Olaniyan
 Helmerich & Payne Inc
 222 N Detroit Ave
 Tulsa, OK 74120
 
 OBA # 16874
 Larry J. Paden
 11811 E 36th St
 Tulsa, OK 74146-2808
 
 OBA # 7223
 William Whitney Porch
 5200 N Santa Fe Ave.
 Oklahoma City, OK 73118-7512
 
 OBA # 35511
 Peter Daniel Richins
 1860 Kensington
 Farmington, UT 84025
 
 OBA # 34779
 Emily Arleen Scott
 4001 Ross Ave., Apt 517
 Dallas, TX 75204-5280
 
 OBA # 36257
 Bryce Michael Smith
 194 Duke St
 Ardmore, OK 73401
 
 OBA # 33615
 David Phillip Spielman
 1116 Abigail Ct
 Edmond, OK 73003-5789
  
 OBA # 13356
 Roy F. Steele Jr.
 2220 S 131st East Ave
 Tulsa, OK 74134-1044
 
 OBA # 12513
 Martin D. Testa
 2439 E 24th St
 Tulsa, OK 74114-3203
 
 
 OBA # 20874
 Thomas Lee Tucker
 13501 Brandon Pl
 Oklahoma City, OK 73142
 
 OBA # 31311
 Natherral Jashont Washington
 1000 Macon St, Suite 300
 Fort Worth, TX 76102
 
 OBA # 35028
 Alisha Diane Willis
 453 Goose Creek Rd
 Farmington, AR 72730-8505